BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:00-CR-00390 GEB |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT** |
| v. | |
| RAUL NAVARRO-VALDEZ, aka Raul Valdez Navarro, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **RAUL NAVARRO-VALDEZ, aka Raul Valdez Navarro** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

**Date: 7/29/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge